Fanny Samuels, appellee, v. Arthur E. Frankenstein and Rudolph Frankenstein, defendants. Arthur E. Frankenstein, appellant. Gen. No. 38,498.

Opinion
filed December 31, 1935.

Arthur E. Frankenstein, *pro se.* Leslie. A. Kohn, for appellee;
William Rosenthal, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.